## AFFIDAVIT OF HUMBERTO TREJO IN SUPPORT OF CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

STATE OF OKLAHOMA )
) ss.
OKLAHOMA COUNTY )

Humberto Trejo Dominguez, of lawful age, and being first duly sworn upon oath, deposes and says as follows:

1. I, Humberto Trejo Dominguez, am a resident of Oklahoma County, State of Oklahoma, with a primary residence in Oklahoma City, Oklahoma County, State of Oklahoma. I have personal knowledge of and I am competent to testify as to the matters stated herein. My parents occupy 515 S.W. Grand Blvd ("the Property"), which I purchased for their benefit from Mr. Juan Pablo Valdez. My parents moved into that property in 2014. My parents still occupy 515 S.W. Grand Blvd.

2. In June 2024, I personally witnessed Juan Pablo Valdez ("Valdez") operating a lawn care business under the trade name Valdez Lawn Services Valdez regularly operates this business.

3. The photographs attached and contained within these exhibits are true and accurate depictions of Valdez's online business presence.

4. On May 07, 2021, I paid Kruger an additional $16,068.82 to purchase the note and mortgage owned by Kruger Investment Company, preventing foreclosure on the Property and securing my peaceful possession of the Property. The Property was not foreclosed at sold at sheriff's sale.

5. Valdez was divorced in 2014 in Oklahoma County Case No. FD-2014-203.

[Exhibit 1, Page 1 of 3]

6.  Valdez has not returned any of the money I entrusted to him.

FURTHER, AFFIANT SAYETH NOT.

_____
HUMBERTO TREJO

Subscribed and sworn to before me on October 03, 2024.

_____
Notary Public

My Commission Expires: 05/03/27
Commission No.: 23006153

**KIMBERLY MCGUIRE**
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 23006153  Expires 05/03/27

2

[Exhibit 1, Page 2 of 3]



[Exhibit 1, Page 3 of 3]