```
 1

 2

 3

 4

 5

 6

 7            TRANSCRIPT OF RECORDED AUDIO

 8

 9

10   AUDIO FILE NAME:   "Audio Meeting of Creditors Chapter 13

11                        24-12446"

12

13

14             THE AUDIO RECORDING WAS

15         BY KARLI DANIELS, CSR, RPR, CCR

16

17

18

19

20

21

22

23

24

25
```

PROFESSIONAL REPORT
800.37
proreporter

Exhibit 2

```
 1              (Beginning of audio recording.)
 2              TRUSTEE HARDEMAN:  Next case on the docket is
 3  Juan Pablo Valdez, Case 24-12446.
 4              Mr. West, good morning, sir.
 5              MR. WEST:  Good morning, sir.
 6              TRUSTEE HARDEMAN:  And --
 7              MR. WEST:  Jim West.  Or, sorry.
 8              TRUSTEE HARDEMAN:  And we have Mr. Valdez.
 9              Are there any creditors in the Valdez case,
10  24-12246?
11              Reviewing the identification provided to my
12  office prior to this hearing through the software portal
13  or the identification information matches the
14  identification on the meeting sheet, and the image of the
15  gentleman before me matches the gentleman on the driver's
16  license.  So, Mr. Valdez, please raise your right hand.
17              Do you solemnly swear or affirm to tell the
18  truth, the whole truth, and nothing but the truth?
19              MR. VALDEZ:  I do.
20       Q      (By Trustee Hardeman) All right.  Sir, please
21  state your full name for the record.
22       A      Juan Pablo Valdez.
23       Q      And, sir, is the address on the bankruptcy
24  petition your current address?
25       A      Yes, sir.
```

```
 1      Q    And you still work for North -- North Point?
 2      A    Yes, sir.
 3      Q    The human resources number should be area code
 4  (405)906-6697.
 5           Sir, how often do you get paid?
 6      A    Weekly.
 7      Q    Very good.  So you provided all the information
 8  that Mr. West used to prepare your bankruptcy petition,
 9  schedules, and plan.  Is that right, sir?
10      A    Yes, sir.
11      Q    Did you review all the documents that were
12  prepared on your behalf before you signed those documents?
13      A    Yes.
14      Q    So is everything true and correct, to the best
15  of your knowledge?
16      A    Yes, sir.
17      Q    Did you list everyone you owe money?
18      A    Yes.
19      Q    Did you list everything you own?
20      A    Yes.
21      Q    Is anybody holding any of your property on your
22  behalf?
23      A    No.
24      Q    Have you borrowed any money using any credit
25  cards, asked for new credit cards, cash advances, or loans
```

```
 1   in the last few months?
 2        A    No.
 3             TRUSTEE HARDEMAN:  Very good.
 4             Okay.  Again, do we have any creditors in the
 5   Valdez case, 24-12446?
 6             MR. KERNS:  Attorney Cody Kerns, present for
 7   creditor Humberto Trejo.
 8             TRUSTEE HARDEMAN:  All right.  Sir, do you have
 9   questions?
10             MR. KERNS:  Yes.  I have a few questions for the
11   debtor on behalf of Humberto Trejo.  I'll just go ahead
12   and start.
13        Q    (By Mr. Kerns) Do you know who I am, Mr. Valdez?
14        A    I believe so, yes.
15        Q    Okay.  Have you ever -- have you ever spoken
16   with me before, personally?
17        A    No.
18        Q    I'm Cody Kerns.  I'm the attorney for Humberto
19   Trejo.  Do you know -- do you recall who Humberto Trejo
20   is?
21        A    Yes, sir.
22        Q    Okay.  I spoke with your attorney on
23   September 25, 2024, about your plan.  Did you -- did you
24   know about that?
25        A    Yes.
```

```
 1       Q    And during the conversation I had with your
 2   attorney, he mentioned that the lawsuit with my client
 3   involving the funds that you were holding in trust for my
 4   client was a primary reason for your bankruptcy.  Was his
 5   statement correct?
 6       A    Yes.
 7       Q    Okay.  So the primary reason that you're
 8   declaring bankruptcy is because of the resulting trusts
 9   that was established and the funds that you were supposed
10   to stay on the mortgage.  Is that correct?
11            MR. WEST:  One of the reasons.
12       A    One of the reasons.
13       Q    (By Mr. Kerns) One of the reasons.  Okay.  Was
14   it a substantial reason?
15       A    Yes.
16       Q    Okay.  I don't have any more questions on that
17   particular topic, but I'd like to go over some of your
18   expenses.
19            TRUSTEE HARDEMAN:  Mr. Kerns, pardon me for
20   interrupting, sir.  You're new to this form of
21   questioning.  This is designed to allow you an opportunity
22   to ask your -- on behalf of your client, how the debtor
23   intends or what his intentions are to repay your debt.
24   This is not a 2004 exam or any hearing like that.  So
25   please limit your questions to that type of question, sir.
```

```
 1            MR. KERNS:  Yes, Your Honor.  Absolutely.
 2       Q    (By Mr. Kerns) In terms of, I guess, repaying
 3  the debt, I looked at some of the expenses on your
 4  schedules, and I noticed that there's expenses for a
 5  household of two, but on the last -- the last documents I
 6  saw in the public record, you were a single person.  Have
 7  you been married since 2017?
 8       A    Yes.  2017, no.  But the person that I put in my
 9  income taxes is my girlfriend because I support her, I
10  have a little boy with her, and that's why I said send her
11  funds every week or every -- weekly.  That's one of my
12  expenses.
13       Q    Okay.  But on your schedule, you stated that you
14  were married.  Is that correct?
15       A    It's a common law marriage, yes.
16       Q    Okay.  Have you established that common law
17  marriage in any court?
18       A    In any court, I don't know.
19       Q    Okay.  Do you understand that your -- your Means
20  Test is completely different depending on whether or not
21  you're married.  Do you understand that?
22            TRUSTEE HARDEMAN:  Mr. Kerns, his Means Test is
23  based on the number of people in his household, not
24  married or unmarried.
25            MR. WEST:  If you don't know the answer to that
```

```
 1  question, just tell him.
 2       A    I don't know the answer to that question.
 3       Q    (By Mr. Kerns) You -- how many dependents do you
 4  have in your household other than -- that are -- that your
 5  direct dependent, other than your child?
 6       A    None.  It would just be myself.
 7       Q    Okay.  On your -- on your schedule, you listed
 8  you have two people in your household that would count on
 9  a Means Test, but, generally, on a Means Test, the spouse
10  will count, but if they're not a spouse, they don't count.
11  Do you understand that?
12       A    Well, I always thought because it's common law
13  marriage, it will count as a spouse because I do support
14  her and my child I have with her.
15       Q    Okay.  Is -- is your girlfriend competent?  Is
16  she -- is she under a guardianship or is she under any --
17  is she -- is she disabled?  Is she unable to work?
18       A    No.  I believe that, no.
19       Q    Okay.  Are the expenses that you listed on your
20  Schedule J on Document 1, do some of those include
21  expenses to support your girlfriend?
22       A    Yes.
23       Q    Okay.  About how much of those expenses do you
24  estimate are for the support of your girlfriend?
25            TRUSTEE HARDEMAN:  Okay.  Mr. Kern, you have one
```

```
 1   minute, sir.  You didn't heed.
 2            MR. KERNS:  All right.  Well, I'd object in
 3   general.  I think, one, in terms of the -- of the Means
 4   Test.  I think that the expenses are clearly for someone
 5   that is not dependent of the debtor, and I think the
 6   income on Document 3 is completely incorrect.  It doesn't
 7   include income received from the debtor's business, and
 8   the income that is reported for the debtor's business
 9   is -- it's typically a cyclical business where, you know
10   --
11            UNKNOWN SPEAKER:  Do we have his objection?
12            TRUSTEE HARDEMAN:  Huh?
13       Q    (By Mr. Kerns) Are the income on your businesses
14   -- is that -- is your income primarily from mowing lawns?
15            UNKNOWN SPEAKER:  Do we have his objection?
16       A    No, I have a full-time job.  Me and my son mow
17   lawns on the weekends.  I do that to help him out to make
18   money.  He's a teenager.  He's 17 years old.  And we don't
19   make very much income off of that.
20            TRUSTEE HARDEMAN:  (Inaudible.)
21       Q    (By Mr. Kerns) Okay.  That's not the question I
22   asked.
23            TRUSTEE HARDEMAN:  Mr. Kerns, sir.
24       Q    (By Mr. Kerns) (Inaudible.)
25            TRUSTEE HARDEMAN:  Mr. Kerns, sir, I have your
```

```
 1   objection on file.  That objection will be the one that
 2   will be heard before the court, if necessary.  All these
 3   other things you're adding on will not be heard unless you
 4   amend your objection and add them.  So I hope you have no
 5   more questions.
 6              Am I correct, sir?
 7              MR. KERNS:  Well, I have no more questions in
 8   terms of --
 9              TRUSTEE HARDEMAN:  You have no more questions,
10   sir.  You're excused.
11              Mr. West, do you have any announcements, sir?
12              MR. WEST:  Yes, sir, I do.
13              We obviously are reviewing the Household and the
14   Means Test.  Mr. Valdez provided me with additional income
15   for the lawn mowing business.  We amended the Means Test
16   yesterday and we added that.  It's very minimal income,
17   very small.
18              Debtor is current.  We obviously have the
19   objection by Mr. Trejo, and I -- it looks like I'm going
20   to need to amend the plan, but I haven't made that
21   decision affirmative yet, so we'd ask it be separate
22   confirmation, please.
23              TRUSTEE HARDEMAN:  All right.  We'll set it for
24   confirmation on November the 19th.
25              Mr. Kerns, did you hear that date, sir?
```

```
 1             MR. KERNS:  (No response.)
 2             TRUSTEE HARDEMAN:  Well, I guess not.
 3             MR. KERNS:  Yeah, I heard the date.  You said
 4   November 19th, at --
 5             TRUSTEE HARDEMAN:  Yes, sir.
 6             MR. KERNS:  What was the time?
 7             UNKNOWN SPEAKER:  8:35.
 8             TRUSTEE HARDEMAN:  8:35 a.m., sir, in Judge
 9   Lloyd's courtroom.
10             Anything else in this case, Mr. West?
11             MR. WEST:  No, sir.
12             TRUSTEE HARDEMAN:  All right.  Mr. Valdez, sir,
13   thank you very much.  You're excused.
14             (End of audio recording.)
15
16
17
18
19
20
21
22
23
24
25
```

1                CERTIFICATE OF TRANSCRIPTION

2

3         I, Karli Daniels, CSR, RPR, CCR, in and for the

4    States of Arkansas and Oklahoma, state that the above and

5    foregoing transcript was transcribed by me to the best of

6    my ability from all audible portions of the audio

7    recording, and that I am neither attorney for nor relative

8    of any of said parties or otherwise interested in the

9    event of said action.

10

11

12                    *Karli Daniels*

13            KARLI DANIELS, CSR, RPR, CCR

14

15

16

17

18

19

20

21

22

23

24

25

# WORD INDEX

**< 1 >**
1  7:20
13  1:10
17  8:18
19th  9:24  10:4

**< 2 >**
2004  5:24
2017  6:7, 8
2024  4:23
24-12246  2:10
24-12446  1:11  2:3  4:5
25  4:23

**< 3 >**
3  8:6

**< 4 >**
405)906-6697  3:4

**< 8 >**
8:35  10:7, 8

**< A >**
a.m  10:8
ability  11:6
Absolutely  6:1
action  11:9
add  9:4
added  9:16
adding  9:3
additional  9:14
address  2:23, 24
advances  3:25
affirm  2:17
affirmative  9:21
ahead  4:11
allow  5:21
amend  9:4, 20
amended  9:15
announcements  9:11
answer  6:25  7:2
anybody  3:21
area  3:3
Arkansas  11:4
asked  3:25  8:22
Attorney  4:6, 18, 22  5:2  11:7
audible  11:6
AUDIO  1:7, 10, 14  2:1  10:14  11:6

**< B >**
bankruptcy  2:23  3:8  5:4, 8
based  6:23
Beginning  2:1
behalf  3:12, 22  4:11  5:22
believe  4:14  7:18
best  3:14  11:5
borrowed  3:24
boy  6:10
business  8:7, 8, 9  9:15
businesses  8:13

**< C >**
cards  3:25
case  2:2, 3, 9  4:5  10:10
cash  3:25
CCR  1:15  11:3, 13
CERTIFICATE  11:1
Chapter  1:10
child  7:5, 14
clearly  8:4
client  5:2, 4, 22
code  3:3
Cody  4:6, 18
common  6:15, 16  7:12
competent  7:15
completely  6:20  8:6
confirmation  9:22, 24
conversation  5:1
correct  3:14  5:5,

10  6:14  9:6
count  7:8, 10, 13
court  6:17, 18  9:2
courtroom  10:9
credit  3:24, 25
creditor  4:7
Creditors  1:10  2:9  4:4
CSR  1:15  11:3, 13
current  2:24  9:18
cyclical  8:9

**< D >**
DANIELS  1:15  11:3, 13
date  9:25  10:3
debt  5:23  6:3
debtor  4:11  5:22  8:5  9:18
debtor's  8:7, 8
decision  9:21
declaring  5:8
dependent  7:5  8:5
dependents  7:3
depending  6:20
designed  5:21
different  6:20
direct  7:5
disabled  7:17
docket  2:2
Document  7:20  8:6
documents  3:11, 12  6:5
driver's  2:15

**< E >**
established  5:9  6:16
estimate  7:24
event  11:9
exam  5:24
excused  9:10  10:13
expenses  5:18  6:3, 4, 12  7:19, 21,

23  8:4

**< F >**
FILE  1:10  9:1
foregoing  11:5
form  5:20
full  2:21
full-time  8:16
funds  5:3, 9  6:11

**< G >**
general  8:3
generally  7:9
gentleman  2:15
girlfriend  6:9  7:15, 21, 24
go  4:11  5:17
going  9:19
good  2:4, 5  3:7  4:3
guardianship  7:16
guess  6:2  10:2

**< H >**
hand  2:16
HARDEMAN  2:2, 6, 8, 20  4:3, 8  5:19  6:22  7:25  8:12, 20, 23, 25  9:9, 23  10:2, 5, 8, 12
hear  9:25
heard  9:2, 3  10:3
hearing  2:12  5:24
heed  8:1
help  8:17
holding  3:21  5:3
Honor  6:1
hope  9:4
household  6:5, 23  7:4, 8  9:13
Huh  8:12
human  3:3
Humberto  4:7, 11, 18, 19

**< I >**
identification

2:*11, 13, 14*
image  2:*14*
Inaudible  8:*20*, *24*
include  7:*20*  8:*7*
income  6:*9*  8:*6*, *7*, *8*, *13*, *14*, *19*  9:*14*, *16*
incorrect  8:*6*
information  2:*13*  3:*7*
intends  5:*23*
intentions  5:*23*
interested  11:*8*
interrupting  5:*20*
involving  5:*3*

< J >
Jim  2:*7*
job  8:*16*
Juan  2:*3*, *22*
Judge  10:*8*

< K >
KARLI  1:*15*  11:*3*, *13*
Kern  7:*25*
KERNS  4:*6*, *10*, *13*, *18*  5:*13*, *19*  6:*1*, *2*, *22*  7:*3*  8:*2*, *13*, *21*, *23*, *24*, *25*  9:*7*, *25*  10:*1*, *3*, *6*
know  4:*13*, *19*, *24*  6:*18*, *25*  7:*2*  8:*9*
knowledge  3:*15*

< L >
law  6:*15*, *16*  7:*12*
lawn  9:*15*
lawns  8:*14*, *17*
lawsuit  5:*2*
license  2:*16*
limit  5:*25*
list  3:*17*, *19*
listed  7:*7*, *19*
little  6:*10*
Lloyd's  10:*9*
loans  3:*25*
looked  6:*3*

looks  9:*19*

< M >
marriage  6:*15*, *17*  7:*13*
married  6:*7*, *14*, *21*, *24*
matches  2:*13*, *15*
Means  6:*19*, *22*  7:*9*  8:*3*  9:*14*, *15*
Meeting  1:*10*  2:*14*
mentioned  5:*2*
minimal  9:*16*
minute  8:*1*
money  3:*17*, *24*  8:*18*
months  4:*1*
morning  2:*4*, *5*
mortgage  5:*10*
mow  8:*16*
mowing  8:*14*  9:*15*

< N >
NAME  1:*10*  2:*21*
necessary  9:*2*
need  9:*20*
neither  11:*7*
new  3:*25*  5:*20*
North  3:*1*
noticed  6:*4*
November  9:*24*  10:*4*
number  3:*3*  6:*23*

< O >
object  8:*2*
objection  8:*11*, *15*  9:*1*, *4*, *19*
obviously  9:*13*, *18*
office  2:*12*
Okay  4:*4*, *15*, *22*  5:*7*, *13*, *16*  6:*13*, *16*, *19*  7:*7*, *15*, *19*, *23*, *25*  8:*21*
Oklahoma  11:*4*
old  8:*18*

opportunity  5:*21*
owe  3:*17*

< P >
Pablo  2:*3*, *22*
paid  3:*5*
pardon  5:*19*
particular  5:*17*
parties  11:*8*
people  6:*23*  7:*8*
person  6:*6*, *8*
personally  4:*16*
petition  2:*24*  3:*8*
plan  3:*9*  4:*23*  9:*20*
please  2:*16*, *20*  5:*25*  9:*22*
Point  3:*1*
portal  2:*12*
portions  11:*6*
prepare  3:*8*
prepared  3:*12*
present  4:*6*
primarily  8:*14*
primary  5:*4*, *7*
prior  2:*12*
property  3:*21*
provided  2:*11*  3:*7*  9:*14*
public  6:*6*
put  6:*8*

< Q >
question  5:*25*  7:*1*, *2*  8:*21*
questioning  5:*21*
questions  4:*9*, *10*  5:*16*, *25*  9:*5*, *7*, *9*

< R >
raise  2:*16*
reason  5:*4*, *7*, *14*
reasons  5:*11*, *12*, *13*
recall  4:*19*
received  8:*7*
record  2:*21*  6:*6*
RECORDED  1:*7*

RECORDING  1:*14*  2:*1*  10:*14*  11:*7*
relative  11:*7*
repay  5:*23*
repaying  6:*2*
reported  8:*8*
resources  3:*3*
response  10:*1*
resulting  5:*8*
review  3:*11*
Reviewing  2:*11*  9:*13*
right  2:*16*, *20*  3:*9*  4:*8*  8:*2*  9:*23*  10:*12*
RPR  1:*15*  11:*3*, *13*

< S >
saw  6:*6*
schedule  6:*13*  7:*7*, *20*
schedules  3:*9*  6:*4*
send  6:*10*
separate  9:*21*
September  4:*23*
set  9:*23*
sheet  2:*14*
signed  3:*12*
single  6:*6*
sir  2:*4*, *5*, *20*, *23*, *25*  3:*2*, *5*, *9*, *10*, *16*  4:*8*, *21*  5:*20*, *25*  8:*1*, *23*, *25*  9:*6*, *10*, *11*, *12*, *25*  10:*5*, *8*, *11*, *12*
small  9:*17*
software  2:*12*
solemnly  2:*17*
son  8:*16*
sorry  2:*7*
SPEAKER  8:*11*, *15*  10:*7*
spoke  4:*22*
spoken  4:*15*
spouse  7:*9*, *10*, *13*
start  4:*12*

<2>
<2>
<2>
<2>
<2>
<2>

state  2:*21*  11:*4*
stated  6:*13*
statement  5:*5*
States  11:*4*
stay  5:*10*
substantial  5:*14*
support  6:*9*  7:*13, 21, 24*
supposed  5:*9*
swear  2:*17*

< T >
taxes  6:*9*
teenager  8:*18*
tell  2:*17*  7:*1*
terms  6:*2*  8:*3*  9:*8*
Test  6:*20, 22*  7:*9*  8:*4*  9:*14, 15*
thank  10:*13*
things  9:*3*
think  8:*3, 4, 5*
thought  7:*12*
time  10:*6*
topic  5:*17*
transcribed  11:*5*
TRANSCRIPT  1:*7*  11:*5*

TRANSCRIPTION  11:*1*
Trejo  4:*7, 11, 19*  9:*19*
true  3:*14*
trust  5:*3*
TRUSTEE  2:*2, 6, 8, 20*  4:*3, 8*  5:*19*  6:*22*  7:*25*  8:*12, 20, 23, 25*  9:*9, 23*  10:*2, 5, 8, 12*
trusts  5:*8*
truth  2:*18*
two  6:*5*  7:*8*
type  5:*25*
typically  8:*9*

< U >
unable  7:*17*

understand  6:*19, 21*  7:*11*
UNKNOWN  8:*11, 15*  10:*7*
unmarried  6:*24*

< V >
Valdez  2:*3, 8, 9, 16, 19, 22*  4:*5, 13*  9:*14*  10:*12*

< W >
week  6:*11*
weekends  8:*17*
Weekly  3:*6*  6:*11*
Well  7:*12*  8:*2*  9:*7*  10:*2*
West  2:*4, 5, 7*  3:*8*  5:*11*  6:*25*  9:*11, 12*  10:*10, 11*
work  3:*1*  7:*17*

< Y >
Yeah  10:*3*
years  8:*18*
yesterday  9:*16*