IRS National Standards for Allowable Living Expenses

## (Cases Filed On or After May 15, 2024)

**Note:** The IRS expense figures posted on this Web site are for use in completing bankruptcy forms. They are not for use in computing taxes or for any other tax administration purpose. Expense information for tax purposes can be found on the IRS Web Site.

### Collection Financial Standards for Food, Clothing and Other Items

| Expense | One Person | Two Persons | Three Persons | Four Persons |
|---|---:|---:|---:|---:|
| Food | $458 | $820 | $977 | $1,143 |
| Housekeeping supplies | $44 | $75 | $83 | $82 |
| Apparel & services | $87 | $157 | $187 | $300 |
| Personal care products & services | $48 | $80 | $87 | $97 |
| Miscellaneous | $171 | $279 | $343 | $405 |
| **Total** | **$808** | **$1,411** | **$1,677** | **$2,027** |

| More than four persons | Additional Amount Per Person |
|---|---:|
| For each additional person, add to four-person total allowance: | $386 |

**Bankruptcy Allowable Living Expenses – National Standards (See 11 U.S.C. § 707(b)(2)(A)(ii)(I))**

[Exhibit 3, Page 1 of 19]

| Expense | One Person | Two Persons | Three Persons | Four Persons |
|---|---:|---:|---:|---:|
| Food & Clothing (Apparel & Services)* | $545 | $977 | $1,164 | $1,443 |
| **5% of Food & Clothing** | **$27** | **$49** | **$58** | **$72** |


| More than four persons | Additional Amount Per Person |
|---|---:|
| Food & Clothing (Apparel & Services)* | $275 |
| **5% of Food & Clothing** | **$14** |

* This total may differ from the combination of the two amounts on the table above due to rounding.

Bankruptcy Allowable Living Expenses
(Cases Filed On or After May 15, 2024)

Local Housing and Utilities Standards*

Oklahoma

| County | FIPS Code | Family Size and Expense Type | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 Person | | 2 People | | 3 People | | 4 People | | 5 or More People | |
| | | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent |
| Adair County | 40001 | $563 | $611 | $661 | $718 | $696 | $757 | $776 | $844 | $789 | $857 |
| Alfalfa County | 40003 | $638 | $648 | $749 | $761 | $789 | $802 | $880 | $894 | $894 | $909 |
| Atoka County | 40005 | $666 | $754 | $782 | $885 | $825 | $932 | $919 | $1,040 | $934 | $1,057 |
| Beaver County | 40007 | $603 | $792 | $709 | $930 | $747 | $980 | $833 | $1,093 | $847 | $1,110 |
| Beckham County | 40009 | $604 | $894 | $710 | $1,049 | $748 | $1,106 | $834 | $1,233 | $848 | $1,253 |
| Blaine County | 40011 | $639 | $714 | $750 | $839 | $790 | $884 | $881 | $986 | $895 | $1,002 |
| Bryan County | 40013 | $588 | $820 | $690 | $963 | $728 | $1,014 | $811 | $1,131 | $825 | $1,149 |
| Caddo County | 40015 | $591 | $678 | $694 | $797 | $731 | $840 | $815 | $937 | $828 | $952 |
| Canadian County | 40017 | $600 | $1,136 | $705 | $1,333 | $743 | $1,405 | $828 | $1,567 | $842 | $1,592 |
| Carter County | 40019 | $573 | $902 | $673 | $1,060 | $709 | $1,117 | $791 | $1,245 | $804 | $1,265 |
| Cherokee County | 40021 | $610 | $764 | $716 | $897 | $755 | $945 | $842 | $1,054 | $855 | $1,071 |
| Choctaw County | 40023 | $659 | $657 | $775 | $771 | $816 | $813 | $910 | $906 | $925 | $921 |
| Cimarron County | 40025 | $752 | $499 | $883 | $586 | $930 | $618 | $1,037 | $689 | $1,054 | $700 |
| Cleveland County | 40027 | $575 | $1,125 | $676 | $1,321 | $712 | $1,392 | $794 | $1,552 | $806 | $1,578 |
| Coal County | 40029 | $621 | $582 | $730 | $683 | $769 | $720 | $857 | $803 | $871 | $816 |
| Comanche County | 40031 | $573 | $877 | $673 | $1,030 | $709 | $1,085 | $791 | $1,209 | $804 | $1,229 |
| Cotton County | 40033 | $625 | $690 | $735 | $810 | $774 | $854 | $863 | $952 | $877 | $968 |
| Craig County | 40035 | $608 | $713 | $715 | $837 | $753 | $882 | $839 | $984 | $853 | $999 |
| Creek County | 40037 | $575 | $871 | $676 | $1,022 | $712 | $1,077 | $794 | $1,201 | $806 | $1,221 |
| Custer County | 40039 | $617 | $986 | $725 | $1,158 | $763 | $1,221 | $851 | $1,361 | $865 | $1,383 |
| Delaware County | 40041 | $608 | $860 | $714 | $1,010 | $753 | $1,064 | $839 | $1,187 | $853 | $1,206 |
| Dewey County | 40043 | $648 | $705 | $761 | $829 | $802 | $873 | $894 | $974 | $909 | $989 |
| Ellis County | 40045 | $602 | $818 | $707 | $960 | $745 | $1,012 | $830 | $1,129 | $844 | $1,147 |
| Garfield County | 40047 | $600 | $816 | $704 | $959 | $742 | $1,010 | $827 | $1,126 | $840 | $1,145 |

|  |  | Family Size and Expense Type ||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 1 Person || 2 People || 3 People || 4 People || 5 or More People ||
| County | FIPS Code | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent |
| Garvin County | 40049 | $610 | $758 | $716 | $891 | $755 | $938 | $842 | $1,046 | $855 | $1,063 |
| Grady County | 40051 | $591 | $1,019 | $693 | $1,197 | $731 | $1,261 | $815 | $1,406 | $828 | $1,429 |
| Grant County | 40053 | $567 | $689 | $666 | $810 | $702 | $853 | $783 | $951 | $795 | $967 |
| Greer County | 40055 | $810 | $645 | $952 | $757 | $1,003 | $798 | $1,118 | $890 | $1,137 | $904 |
| Harmon County | 40057 | $677 | $626 | $795 | $736 | $838 | $775 | $934 | $864 | $949 | $879 |
| Harper County | 40059 | $658 | $654 | $773 | $768 | $814 | $810 | $908 | $903 | $922 | $918 |
| Haskell County | 40061 | $650 | $632 | $763 | $743 | $804 | $783 | $897 | $873 | $911 | $887 |
| Hughes County | 40063 | $625 | $621 | $734 | $729 | $773 | $769 | $862 | $857 | $876 | $871 |
| Jackson County | 40065 | $652 | $774 | $766 | $909 | $808 | $957 | $900 | $1,068 | $915 | $1,085 |
| Jefferson County | 40067 | $671 | $539 | $788 | $634 | $830 | $668 | $926 | $744 | $941 | $756 |
| Johnston County | 40069 | $640 | $687 | $751 | $807 | $791 | $851 | $882 | $949 | $896 | $964 |
| Kay County | 40071 | $650 | $699 | $763 | $822 | $804 | $866 | $897 | $965 | $911 | $981 |
| Kingfisher County | 40073 | $558 | $923 | $655 | $1,085 | $690 | $1,143 | $770 | $1,274 | $782 | $1,295 |
| Kiowa County | 40075 | $662 | $607 | $778 | $712 | $820 | $750 | $914 | $837 | $929 | $850 |
| Latimer County | 40077 | $611 | $610 | $718 | $716 | $756 | $755 | $843 | $842 | $857 | $855 |
| Le Flore County | 40079 | $589 | $673 | $691 | $791 | $729 | $833 | $813 | $929 | $826 | $944 |
| Lincoln County | 40081 | $560 | $858 | $658 | $1,007 | $693 | $1,062 | $773 | $1,184 | $785 | $1,203 |
| Logan County | 40083 | $557 | $1,205 | $655 | $1,415 | $690 | $1,491 | $769 | $1,663 | $782 | $1,689 |
| Love County | 40085 | $591 | $783 | $693 | $920 | $731 | $969 | $815 | $1,081 | $828 | $1,098 |
| Major County | 40093 | $595 | $811 | $699 | $952 | $736 | $1,004 | $821 | $1,119 | $834 | $1,137 |
| Marshall County | 40095 | $590 | $798 | $693 | $937 | $730 | $988 | $814 | $1,102 | $827 | $1,119 |
| Mayes County | 40097 | $617 | $825 | $725 | $969 | $764 | $1,021 | $852 | $1,138 | $866 | $1,156 |
| McClain County | 40087 | $618 | $1,161 | $726 | $1,364 | $765 | $1,437 | $852 | $1,603 | $866 | $1,629 |
| McCurtain County | 40089 | $632 | $637 | $742 | $748 | $782 | $788 | $872 | $879 | $886 | $893 |
| McIntosh County | 40091 | $613 | $688 | $721 | $807 | $759 | $851 | $846 | $949 | $860 | $964 |
| Murray County | 40099 | $577 | $759 | $678 | $891 | $714 | $939 | $796 | $1,047 | $809 | $1,064 |
| Muskogee County | 40101 | $603 | $756 | $708 | $888 | $746 | $936 | $832 | $1,043 | $845 | $1,061 |
| Noble County | 40103 | $623 | $818 | $732 | $961 | $772 | $1,012 | $860 | $1,129 | $874 | $1,147 |

[Exhibit 3, Page 4 of 19]

| County | FIPS Code | Family Size and Expense Type | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 Person | | 2 People | | 3 People | | 4 People | | 5 or More People | |
| | | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent | Non-Mortgage | Mortgage/Rent |
| Nowata County | 40105 | $631 | $766 | $741 | $900 | $780 | $949 | $870 | $1,058 | $884 | $1,075 |
| Okfuskee County | 40107 | $583 | $648 | $684 | $761 | $721 | $802 | $804 | $894 | $817 | $909 |
| Oklahoma County | 40109 | $589 | $1,077 | $692 | $1,265 | $729 | $1,333 | $813 | $1,486 | $826 | $1,510 |
| Okmulgee County | 40111 | $649 | $687 | $762 | $808 | $803 | $851 | $896 | $948 | $910 | $964 |
| Osage County | 40113 | $631 | $867 | $741 | $1,018 | $781 | $1,073 | $871 | $1,196 | $886 | $1,215 |
| Ottawa County | 40115 | $642 | $605 | $754 | $710 | $795 | $748 | $886 | $834 | $900 | $848 |
| Pawnee County | 40117 | $652 | $777 | $766 | $913 | $807 | $962 | $900 | $1,072 | $915 | $1,089 |
| Payne County | 40119 | $612 | $1,025 | $718 | $1,205 | $757 | $1,269 | $844 | $1,415 | $857 | $1,438 |
| Pittsburg County | 40121 | $599 | $737 | $703 | $866 | $741 | $912 | $826 | $1,017 | $839 | $1,034 |
| Pontotoc County | 40123 | $582 | $839 | $684 | $985 | $720 | $1,039 | $803 | $1,158 | $816 | $1,177 |
| Pottawatomie County | 40125 | $575 | $841 | $675 | $989 | $712 | $1,041 | $794 | $1,161 | $806 | $1,180 |
| Pushmataha County | 40127 | $649 | $600 | $762 | $705 | $803 | $743 | $896 | $828 | $910 | $842 |
| Roger Mills County | 40129 | $605 | $743 | $710 | $873 | $748 | $920 | $834 | $1,026 | $848 | $1,042 |
| Rogers County | 40131 | $588 | $1,026 | $691 | $1,204 | $728 | $1,269 | $812 | $1,415 | $825 | $1,438 |
| Seminole County | 40133 | $608 | $692 | $714 | $813 | $753 | $856 | $839 | $955 | $853 | $970 |
| Sequoyah County | 40135 | $609 | $653 | $715 | $767 | $754 | $808 | $840 | $902 | $854 | $916 |
| Stephens County | 40137 | $645 | $729 | $757 | $856 | $798 | $902 | $890 | $1,006 | $904 | $1,022 |
| Texas County | 40139 | $558 | $823 | $656 | $966 | $691 | $1,018 | $771 | $1,135 | $783 | $1,153 |
| Tillman County | 40141 | $669 | $555 | $786 | $652 | $828 | $687 | $923 | $766 | $938 | $778 |
| Tulsa County | 40143 | $589 | $1,067 | $692 | $1,253 | $729 | $1,321 | $813 | $1,473 | $826 | $1,497 |
| Wagoner County | 40145 | $574 | $1,018 | $675 | $1,195 | $711 | $1,259 | $792 | $1,405 | $805 | $1,427 |
| Washington County | 40147 | $607 | $881 | $713 | $1,035 | $752 | $1,090 | $838 | $1,216 | $852 | $1,235 |
| Washita County | 40149 | $661 | $697 | $777 | $818 | $818 | $863 | $912 | $962 | $927 | $978 |
| Woods County | 40151 | $652 | $719 | $766 | $844 | $808 | $889 | $900 | $992 | $915 | $1,008 |
| Woodward County | 40153 | $575 | $891 | $675 | $1,046 | $712 | $1,102 | $794 | $1,229 | $806 | $1,249 |

**\* Note:** The IRS expense figures posted on this Web site are for use in completing bankruptcy forms. They are not for use in computing taxes or

[Exhibit 3, Page 5 of 19]

for any other tax administration purpose. Expense information for tax purposes can be found on the IRS Web site.

[Exhibit 3, Page 6 of 19]

Administrative Expenses Multiplier

# Schedules of Actual Administrative Expenses of Administering a Chapter 13 Plan

**(Cases Filed Between April 1, 2024 and May 14, 2024, Inclusive)**

(As required by 11 U.S.C. § 707(b)(2)(A)(ii)(III))

Click on the State, U.S. Territory, or Commonwealth in the alphabetical listing below for a list of chapter 13 administrative expenses by judicial district.

Don't know your judicial district? *Click here*.

| | | |
|---|---|---|
| Alabama | Kentucky | Northern Mariana Islands |
| Alaska | Louisiana | Ohio |
| Arizona | Maine | Oklahoma |
| Arkansas | Maryland | Oregon |
| California | Massachusetts | Pennsylvania |
| Colorado | Michigan | Puerto Rico |
| Connecticut | Minnesota | Rhode Island |
| Delaware | Mississippi | South Carolina |
| District of Columbia | Missouri | South Dakota |
| Florida | Montana | Tennessee |
| Georgia | Nebraska | Texas |
| Guam | Nevada | Utah |
| Hawaii | New Hampshire | Vermont |
| Idaho | New Jersey | Virgin Islands |
| Illinois | New Mexico | Virginia |
| Indiana | New York | Washington |
| Iowa | North Carolina | West Virginia |
| Kansas | North Dakota | Wisconsin |
| | | Wyoming |

| State | Judicial District | Multiplier |
|---|---|---|
| **Alabama** | | |

Bankruptcy cases in Alabama and North Carolina are not under the jurisdiction of the United States Trustee Program. Questions regarding bankruptcy cases filed in the six judicial districts in those states should

be directed to the Bankruptcy Administrator for the district where the case is pending. Accordingly, the schedules of actual administrative expenses for these districts are issued by the Bankruptcy Administrators and are available on the federal judiciary's Web site at: Administrative Expenses Multiplier Bankruptcy Administrator Districts

### Alaska

| | | |
|---|---|---|
| AK | District of Alaska | 10.0% |

### Arizona

| | | |
|---|---|---|
| AZ | District of Arizona | 8.1% |

### Arkansas

| | | |
|---|---|---|
| ARE | Eastern District of Arkansas | 7.7% |
| ARW | Western District of Arkansas | 7.7% |

### California

| | | |
|---|---|---|
| CAC | Central District of California | 10.0% |
| CAE | Eastern District of California | 8.3% |
| CAN | Northern District of California | 10.0% |
| CAS | Southern District of California | 10.0% |

### Colorado

| | | |
|---|---|---|
| CO | District of Colorado | 9.7% |

### Connecticut

| | | |
|---|---|---|
| CT | District of Connecticut | 8.0% |

### Delaware

| | | |
|---|---|---|
| DE | District of Delaware | 8.6% |

### District of Columbia

| | | |
|---|---|---|
| DC | District of Columbia | 8.0% |

**Florida**

| | | |
|---|---|---|
| FLM | Middle District of Florida | 9.2% |
| FLN | Northern District of Florida | 10.0% |
| FLS | Southern District of Florida | 6.2% |

**Georgia**

| | | |
|---|---|---|
| GAM | Middle District of Georgia | 6.6% |
| GAN | Northern District of Georgia | 6.5% |
| GAS | Southern District of Georgia | 10.0% |

**Guam**

| | | |
|---|---|---|
| GU | District of Guam | 8.3% |

**Hawaii**

| | | |
|---|---|---|
| HI | District of Hawaii | 8.3% |

**Idaho**

| | | |
|---|---|---|
| ID | District of Idaho | 10.0% |

**Illinois**

| | | |
|---|---|---|
| ILC | Central District of Illinois | 8.7% |
| ILN | Northern District of Illinois | 7.5% |
| ILS | Southern District of Illinois | 7.2% |

**Indiana**

| | | |
|---|---|---|
| INN | Northern District of Indiana | 7.7% |
| INS | Southern District of Indiana | 8.7% |

**Iowa**

| | | |
|---|---|---|
| IAN | Northern District of Iowa | 7.4% |
| IAS | Southern District of Iowa | 7.4% |

**Kansas**

| | | |
|---|---|---|
| KS | District of Kansas | 9.2% |

**Kentucky**

| | | |
|---|---|---|
| KYE | Eastern District of Kentucky | 7.5% |
| KYW | Western District of Kentucky | 4.9% |

**Louisiana**

| | | |
|---|---|---|
| LAE | Eastern District of Louisiana | 8.5% |
| LAM | Middle District of Louisiana | 10.0% |
| LAW | Western District of Louisiana | 10.0% |

**Maine**

| | | |
|---|---|---|
| ME | District of Maine | 9.2% |

**Maryland**

| | | |
|---|---|---|
| MD | District of Maryland | 8.0% |

**Massachusetts**

| | | |
|---|---|---|
| MA | District of Massachusetts | 9.7% |

**Michigan**

| | | |
|---|---|---|
| MIE | Eastern District of Michigan | 10.0% |
| MIW | Western District of Michigan | 10.0% |

**Minnesota**

| | | |
|---|---|---|
| MN | District of Minnesota | 9.1% |

**Mississippi**

| | | |
|---|---|---|
| MSN | Northern District of Mississippi | 8.4% |
| MSS | Southern District of Mississippi | 10.0% |

### Missouri

| | | |
|---|---|---|
| MOE | Eastern District of Missouri | 6.0% |
| MOW | Western District of Missouri | 6.7% |

### Montana

| | | |
|---|---|---|
| MT | District of Montana | 10.0% |

### Nebraska

| | | |
|---|---|---|
| NE | District of Nebraska | 8.9% |

### Nevada

| | | |
|---|---|---|
| NV | District of Nevada | 10.0% |

### New Hampshire

| | | |
|---|---|---|
| NH | District of New Hampshire | 10.0% |

### New Jersey

| | | |
|---|---|---|
| NJ | District of New Jersey | 8.9% |

### New Mexico

| | | |
|---|---|---|
| NM | District of New Mexico | 8.1% |

### New York

| | | |
|---|---|---|
| NYE | Eastern District of New York | 8.6% |
| NYN | Northern District of New York | 10.0% |
| NYS | Southern District of New York | 8.8% |
| NYW | Western District of New York | 10.0% |

### North Carolina

Bankruptcy cases in Alabama and North Carolina are not under the jurisdiction of the United States Trustee Program. Questions regarding bankruptcy cases filed in the six judicial districts in those states should be directed to the Bankruptcy Administrator for the district where the case is pending. Accordingly, the schedules of actual administrative expenses for these districts are issued by the Bankruptcy

Administrators and are available on the federal judiciary's Web site at:
Administrative Expenses Multiplier Bankruptcy Administrator Districts

### North Dakota

| | | |
|---|---|---|
| ND | District of North Dakota | 9.1% |

### Northern Mariana Islands

| | | |
|---|---|---|
| NMI | District of Northern Mariana Islands | 8.3% |

### Ohio

| | | |
|---|---|---|
| OHN | Northern District of Ohio | 10.0% |
| OHS | Southern District of Ohio | 8.3% |

### Oklahoma

| | | |
|---|---|---|
| OKE | Eastern District of Oklahoma | 10.0% |
| OKN | Northern District of Oklahoma | 8.6% |
| OKW | Western District of Oklahoma | 6.3% |

### Oregon

| | | |
|---|---|---|
| OR | District of Oregon | 7.9% |

### Pennsylvania

| | | |
|---|---|---|
| PAE | Eastern District of Pennsylvania | 9.0% |
| PAM | Middle District of Pennsylvania | 6.7% |
| PAW | Western District of Pennsylvania | 5.4% |

### Puerto Rico

| | | |
|---|---|---|
| PR | District of Puerto Rico | 8.5% |

### Rhode Island

| | | |
|---|---|---|
| RI | District of Rhode Island | 9.4% |

### South Carolina

**[Exhibit 3, Page 12 of 19]**

| | | | |
|---|---|---|---|
| | SC | District of South Carolina | 8.6% |

**South Dakota**

| | | | |
|---|---|---|---|
| | SD | District of South Dakota | 9.1% |

**Tennessee**

| | | | |
|---|---|---|---|
| | TNE | Eastern District of Tennessee | 5.1% |
| | TNM | Middle District of Tennessee | 4.6% |
| | TNW | Western District of Tennessee | 10.0% |

**Texas**

| | | | |
|---|---|---|---|
| | TXE | Eastern District of Texas | 8.2% |
| | TXN | Northern District of Texas | 10.0% |
| | TXS | Southern District of Texas | 8.7% |
| | TXW | Western District of Texas | 10.0% |

**Utah**

| | | | |
|---|---|---|---|
| | UT | District of Utah | 7.2% |

**Vermont**

| | | | |
|---|---|---|---|
| | VT | District of Vermont | 8.1% |

**Virgin Islands**

| | | | |
|---|---|---|---|
| | VI | District of Virgin Islands | 8.5% |

**Virginia**

| | | | |
|---|---|---|---|
| | VAE | Eastern District of Virginia | 10.0% |
| | VAW | Western District of Virginia | 8.9% |

**Washington**

| | | | |
|---|---|---|---|
| | WAE | Eastern District of Washington | 10.0% |
| | WAW | Western District of Washington | 6.0% |

| | | | |
|---|---|---|---|
| **West Virginia** | | | |
| | WVN | Northern District of West Virginia | 10.0% |
| | WVS | Southern District of West Virginia | 10.0% |
| **Wisconsin** | | | |
| | WIE | Eastern District of Wisconsin | 7.1% |
| | WIW | Western District of Wisconsin | 6.0% |
| **Wyoming** | | | |
| | WY | District of Wyoming | 8.9% |

Census Bureau Median Family Income By Family Size

**(Cases Filed On or After May 15, 2024)**

The following table provides median family income data reproduced in a format designed for ease of use in completing Bankruptcy Forms 122A-1 and 122C-1.

|  |  | FAMILY SIZE | | |
| --- | --- | --- | --- | --- |
| STATE | 1 EARNER | 2 PEOPLE | 3 PEOPLE | 4 PEOPLE * |
| ALABAMA | $59,605 | $72,419 | $86,685 | $94,373 |
| ALASKA | $82,512 | $98,650 | $114,293 | $131,159 |
| ARIZONA | $66,340 | $83,660 | $94,526 | $107,944 |
| ARKANSAS | $54,658 | $67,179 | $77,167 | $90,146 |
| CALIFORNIA | $74,819 | $96,600 | $109,458 | $128,533 |
| COLORADO | $77,331 | $101,720 | $120,195 | $135,820 |
| CONNECTICUT | $81,285 | $101,344 | $124,441 | $149,181 |
| DELAWARE | $75,674 | $92,239 | $104,443 | $128,053 |
| DISTRICT OF COLUMBIA | $85,933 | $141,690 | $172,958 | $181,083 |
| FLORIDA | $62,973 | $77,639 | $89,908 | $104,069 |
| GEORGIA | $62,468 | $79,803 | $90,959 | $112,675 |
| HAWAII | $78,745 | $94,677 | $113,594 | $133,656 |
| IDAHO | $68,781 | $78,980 | $90,806 | $106,407 |
| ILLINOIS | $66,950 | $86,442 | $105,897 | $125,022 |
| INDIANA | $60,351 | $77,580 | $91,431 | $105,581 |
| IOWA | $61,283 | $83,592 | $98,987 | $120,308 |
| KANSAS | $64,518 | $82,685 | $100,333 | $111,192 |
| KENTUCKY | $57,509 | $69,905 | $83,622 | $102,067 |
| LOUISIANA | $53,821 | $66,051 | $77,910 | $97,149 |
| MAINE | $66,369 | $79,644 | $103,965 | $114,591 |
| MARYLAND | $81,293 | $104,569 | $127,386 | $151,138 |
| MASSACHUSETTS | $81,170 | $103,404 | $127,323 | $161,149 |
| MICHIGAN | $64,579 | $77,600 | $95,775 | $114,456 |
| MINNESOTA | $72,319 | $93,855 | $117,426 | $141,903 |
| MISSISSIPPI | $51,554 | $62,496 | $74,909 | $84,767 |
| MISSOURI | $59,605 | $76,787 | $91,333 | $105,914 |
| MONTANA | $65,242 | $80,779 | $84,585 | $111,516 |
| NEBRASKA | $63,813 | $83,412 | $98,600 | $121,455 |
| NEVADA | $64,412 | $81,020 | $88,992 | $99,819 |
| NEW HAMPSHIRE | $84,017 | $99,807 | $130,391 | $153,749 |
| NEW JERSEY | $83,102 | $100,763 | $130,239 | $157,404 |
| NEW MEXICO | $56,766 | $71,277 | $77,923 | $83,592 |
| NEW YORK | $69,135 | $87,550 | $105,435 | $131,389 |
| NORTH CAROLINA | $61,811 | $78,415 | $89,965 | $109,590 |
| NORTH DAKOTA | $66,813 | $89,505 | $104,222 | $122,543 |
| OHIO | $61,617 | $77,816 | $94,913 | $113,435 |
| OKLAHOMA | $55,362 | $71,043 | $82,213 | $91,528 |
| OREGON | $70,266 | $86,269 | $103,282 | $119,432 |
| PENNSYLVANIA | $66,923 | $81,574 | $103,172 | $125,861 |
| RHODE ISLAND | $72,515 | $93,429 | $119,892 | $138,933 |
| SOUTH CAROLINA | $59,661 | $74,874 | $87,940 | $102,244 |
| SOUTH DAKOTA | $63,862 | $83,730 | $97,624 | $113,008 |
| TENNESSEE | $59,052 | $75,424 | $88,939 | $99,689 |
| TEXAS | $61,460 | $79,870 | $89,842 | $108,866 |
| UTAH | $78,917 | $87,303 | $106,284 | $120,187 |
| VERMONT | $65,712 | $88,215 | $111,980 | $132,356 |
| VIRGINIA | $75,756 | $95,482 | $116,903 | $139,667 |
| WASHINGTON | $86,558 | $100,800 | $118,442 | $139,828 |
| WEST VIRGINIA | $57,979 | $64,478 | $83,128 | $90,164 |
| WISCONSIN | $66,106 | $82,346 | $101,490 | $122,571 |
| WYOMING | $61,866 | $77,243 | $93,279 | $113,060 |

* *Add $9,900 for each individual in excess of 4.*

[Exhibit 3, Page 16 of 19]

| COMMONWEALTH OR U.S. TERRITORY | 1 EARNER | FAMILY SIZE | | |
|---|---|---|---|---|
| | | 2 PEOPLE | 3 PEOPLE | 4 PEOPLE * |
| GUAM | $50,975 | $60,950 | $69,455 | $84,049 |
| NORTHERN MARIANA ISLANDS | $34,231 | $34,231 | $39,826 | $58,576 |
| PUERTO RICO | $27,212 | $27,212 | $32,352 | $43,538 |
| VIRGIN ISLANDS | $40,445 | $48,609 | $51,827 | $56,782 |

*\* Add $9,900 for each individual in excess of 4.*

[Exhibit 3, Page 17 of 19]

IRS Local Transportation Expense Standards - South Census Region

## (Cases Filed On or After May 15, 2024)

| For Use with Allowable Transportation Expenses Table |
|---|
| The Operating Costs and Public Transportation Costs sections of the Transportation Standards are provided by Census Region and Metropolitan Statistical Area (MSA). The following table lists the states that comprise each Census Region. Once the taxpayer's Census Region has been ascertained, to determine if an MSA standard is applicable, use the definitions below to see if the taxpayer lives within an MSA (MSAs are defined by county and city, where applicable). If the taxpayer does not reside in an MSA, use the regional standard. |

| South Census Region | | |
|---|---|---|
| Texas, Oklahoma, Arkansas, Louisiana, Mississippi, Tennessee, Kentucky, West Virginia, Virginia, Maryland, District of Columbia, Delaware, North Carolina, South Carolina, Georgia, Florida, Alabama ||||
| **Metropolitan Statistical Areas (MSAs) Within the South Census Region** | | |
| **MSA** | **COUNTIES (unless otherwise specified)** ||
| Atlanta | *in GA:* | Barrow, Bartow, Butts, Carroll, Cherokee, Clayton, Cobb, Coweta, Dawson, DeKalb, Douglas, Fayette, Forsyth, Fulton, Gwinnett, Haralson, Heard, Henry, Jasper, Lamar, Meriwether, Morgan, Newton, Paulding, Pickens, Pike, Rockdale, Spalding, Walton |
| Baltimore | *in MD:* | Anne Arundel, Baltimore county, Carroll, Harford, Howard, Queen Anne's, Baltimore city |
| Dallas-Ft. Worth | *in TX:* | Collin, Dallas, Denton, Ellis, Hood, Hunt, Johnson, Kaufman, Parker, Rockwall, Somervell, Tarrant, Wise |
| Houston | *in TX:* | Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, Waller |
| Miami | *in FL:* | Broward, Miami-Dade, Palm Beach |
| Tampa | *in FL:* | Hernando, Hillsborough, Pasco, Pinellas |
| Washington, D.C. | *in DC:* | District of Columbia |
| | *in MD:* | Calvert, Charles, Frederick, Montgomery, Prince George |
| | *in VA:* | Arlington, Clarke, Culpeper, Fairfax county, Fauquier, Loudoun, Prince William, Rappahannock, Spotsylvania, Stafford, Warren, Alexandria city, Fairfax city, Falls Church city, Fredericksburg city, Manassas city, Manassas Park city |
| | *in WV:* | Jefferson |

**IRS LOCAL TRANSPORTATION* EXPENSE STANDARDS**
**South Census Region**

[Exhibit 3, Page 18 of 19]

| Public Transportation Costs<br>(Line 14, Form 122A-2)<br>(Line 14, Form 122C-2) ||  |
|---|---|---|
| National | $215 ||

| Operating Costs<br>(Lines 12, Form 122A-2)<br>(Lines 12, Form 122C-2) |||
|---|---|---|
| Region | One Car | Two Cars |
| South Region | $260 | $520 |
| MSA Locations Within Census Region: |||
| Atlanta | $304 | $608 |
| Baltimore | $272 | $544 |
| Dallas-Ft. Worth | $292 | $584 |
| Houston | $332 | $664 |
| Miami | $355 | $710 |
| Tampa | $305 | $610 |
| Washington, D.C. | $301 | $602 |

| Ownership Costs<br>(Lines 13a and 13d, Form 122A-2)<br>(Lines 13a and 13d, Form 122C-2) |||
|---|---|---|
| National | One Car | Two Cars |
|  | $619 | $1,238 |

**\*** Does not include personal property taxes.