IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:                                          )
   JUAN PABLO VALDEZ                         )        Case No. 24-12446-JDL
           Debtor(s)                           )        Chapter 13

### APPLICATION FOR ATTORNEY FEES AND EXPENSES AND NOTICE OF OPPORTUNITY FOR HEARING AND NOTICE OF HEARING

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file stamped copy of your response or objection to the undersigned movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. **The 21-day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

### NOTICE OF HEARING

Notice is hereby given that a hearing on the Counsel's Application for Attorney Fees and Expenses will be heard on February 25, 2025, before the Honorable Judge Janice D. Loyd at 8:30 o'clock a.m. on the 2nd floor courtroom located at 215 Dean A. McGee, Oklahoma City, Oklahoma 73102.

**COMES NOW** the Debtor's attorney of record in the above styled case, Jeffrey E. West, and requests reimbursement for fees in the amount $7,537.50 for attorney fees and expenses in the amount of $40.66 for representation of the Debtor in Debtor's Chapter 13 plan and case to confirm. The debtor's attorney is requesting a total of $7,578.16 to be paid through the Chapter 13 plan. Debtor's attorney has attached the verified time sheet for all time expended in the amount of $7,578.16 to this application. The debtor's attorney has attached the

Page **1** of **3**

Attorney-Client Contract for Services signed on August 8, 2024, to this application.

**WHEREFORE** premises considered Debtor counsel requests that this application for attorney fees and expenses be granted and any other relief that he may be entitled to according to bankruptcy law.

Dated:  January 23, 2025.                  /s/ Jeffrey E. West
                                           JEFFREY E. WEST, OBA #18871
                                           Attorney for Debtor(s)
                                           2525 NW Expressway, Ste 531
                                           Oklahoma City, OK  73112
                                           (405) 616-4949
                                           (405) 225-2700 (fax)
                                           jeff@westbklaw.com

## CERTIFICATE OF MAILING

I certify that on the January 23, 2025, a true and correct copy of the above Motion was electronically served using the CM/ECF system, namely: John Hardeman, Chapter 13 Trustee.  Further, I certify that on the January 23, 2025 copies of the Motion were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

| |
|---|
| Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348 |
| Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130 |
| Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179 |
| Comenity Capital/Acadmy, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218 |
| Crb/momnt, 4 Concourse Parkway, Sandy Springs, GA 30328 |
| Crconnauto, 2725 S Midwest Blvd, Midwest City, OK 73110 |
| Destiny Card, PO Box 23030, Columbus, GA 31902-3030 |
| First Electronic Bank, 2150 S 1300 E #400, Salt Lake City, UT 84106 |
| First Fidelity Bank, Attn: Bankruptcy, Po Box 32282, Oklahoma City, OK 73123 |
| First Premier Bank, Attn: Bankruptcy, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054 |
| FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402 |
| Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076 |
| Huberto Trejo, c/o Cody Kerns, 1741 W 33rd St STe 120, Edmond, OK 73013 |
| Humberto Trejo Dominguez, 515 SW Grand Blvd, Oklahoma City, OK 73109 |
| IRS, Attn: Legal Division, PO Box 7346, Philadelphia, PA 19101-7346 |
| Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377 |
| Kruger Investment Company, 105 N Hudson Ste 200A, Oklahoma City, OK 73102 |
| McCalla Raymer Leibert Pierce LLC, 1544 Old Alabama Rd, Roswell, GA 30076 |
| Minto Money, PO BOX 58112, Minto, AK 99758 |
| Momnt Loan, 4 Concourse Pkwy #150, Atlanta, GA 30328 |
| PenFed CU, 2930 Eisenhower Ave, Alexandria, VA 22314 |
| PNC Financial Services, Attn: Bankruptcy, 300 Fifth Avenue The Tower At Pnc Plaza, Pittsburgh, PA 15222 |
| Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896 |
| Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896 |
| Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896 |
| Teague & Wetsel, PLLC, 1741 W 33rd St #120, Edmond, OK 73013 |

**JEFFREY E. WEST, Attorney**  
2525 NW Expressway, Ste 531  
OKLAHOMA CITY, OK 73112  
Phone 405-616-4949  
jeff@westbklaw.com

# INVOICE

/s/ Jeffrey E. West, OBA #18871  
Jeffrey E. West, Attorney for Debtors

Invoice #1028  
Date: 1/23/2025

To:  
Juan Valdez  
9808 S Hillcrest Drive Oklahoma  
OKC, OK 73159  
405-430-4570

For:  
Chapter 13 Bankruptcy

| DATE | MATTER | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 8/8/2024 | Intial | Met with Debtors discussed Chp 13 options | 2 | 0 | $0.00 |
| 8/30/2024 | Petition | Petition prepared and signed and reviewed by Debtor and filed with the Court | 2 | $250.00 | $500.00 |
| 9/11/2020 | Documents | Documents for 341(a) sent to Trustee for review | 1 | $250.00 | $250.00 |
| 9/16/2024 | TFS | Enrolled Debtor in person for TFS | 0.5 | $250.00 | $125.00 |
| 9/29/2024 | FMC | Filed FMC for Debtor | 0.3 | $250.00 | $75.00 |
| 9/30/2024 | Motion to Lift Stay | Received and reviewed Trejo Humberto's Motion to Lift Stay and discussed with debtor 33 pages and CJ-20-547 documents filed in OK County 277 pages | 4 | $250.00 | $1,000.00 |
| 10/3/2024 | Prepare for 341(a) | Emails to Trustee and prepare for 341(a) Issues | 1 | $250.00 | $250.00 |
| 10/9/2024 | Paystubs | Filed amended Paystubs for Debtor | 0.5 | $250.00 | $125.00 |
| 10/10/2024 | 341(a) | Conducted 341(a) with Debtor | 0.5 | $250.00 | $125.00 |
| 10/17/2024 | Means Test | Prepared and Filed amended Means Test for Debtor | 1 | $250.00 | $375.00 |
| 10/18/2024 | Order MTN for Relief from Stay | Received and review Ord of MTN for Relif and discussed with debtor | 0.5 | $250.00 | $125.00 |
| 10/28/2024 | State Hearing | Received and reviewed Trejo Humberto's State Court Case and Notice of hearing and discussed with debtor | 1.5 | $250.00 | $375.00 |
| 10/31/2024 | Trustee Objection | Reviewed Trustee's Objection | 0.2 | $250.00 | $50.00 |
| 11/1/2024 | Rule 2004 | Received and reviewed Trejo Humberto's Request for 2004 Hearing and discussed with debtor | 0.5 | $250.00 | $125.00 |
| 11/2/2024 | Proof of Claim | Received and reviewed PC from Mortgage company and discussed with Debtor | 0.5 | $250.00 | $125.00 |
| 11/13/2024 | Amd Plan | Prepared, reviewed with Debtor and filed Amended Plan | 2 | $250.00 | $500.00 |
| 11/13/2024 | Mailing | Amended plan mailed | | | $40.66 |
| 11/13/2024 | | Filed Certificate of service filed | 0.2 | $250.00 | $50.00 |
| 11/5/2024 | Email | Review Humberto's Attorney Witness/Exhibit List and discussed with Debtor | 0.5 | $250.00 | $125.00 |
| 11/6/2024 | Witness/Exhibit List | Review Humberto's Attorney Email about Stipulation and discussed with debtor | 0.5 | $250.00 | $125.00 |
| 11/6/2024 | Email | Review Humberto's Attorney Email about Settlement and discussed with debtor | 1 | $250.00 | $250.00 |
| 11/8/2024 | Email | Review Humberto's Attorney Email about Stipulation and | 0.5 | $250.00 | $125.00 |
| 11/9/2024 | Proof of Claim | Received and reviewed Trejo Humberto's Proof of Claim and discussed with debtor | 0.5 | $250.00 | $125.00 |

| Date | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2024 | Amd Plan | Met with debtor and prepared and filed amended plan | 1.50 | $250.00 | $375.00 |
| 11/13/2024 | Mailing | Mailed Amd Plan and filed Certificate of Service | 1 | $250.00 | $250.00 |
| 11/21/2024 | Emails | Emails and phone calls from and to Cody Kearns regarding settlement of Humberto Trejos objection | 1.5 | $250.00 | $375.00 |
| 11/25/2024 | AMD PC | Received and reviewed PC from Mortgage company and discussed with Debtor | 0.5 | $250.00 | $125.00 |
| 4/11/2024 | Email x 3 | Freedom Mortgage to resolve mortgage arrears | 1 | $250.00 | $250.00 |
| 12/24/24 | TFS | Met with Debtor to change his TFS Payment | 0.50 | $250.00 | $125.00 |
| 4/11/24 | Email | Received and reviewed Trejo Humberto's objection to plan and discusse with debtor | 0.15 | $250.00 | $37.50 |
| 12/31/2024 | Objection | Received and reviewed Trejo Humberto's Objection and discussed with debtor 109 pages | 3.00 | $250.00 | $750.00 |
| 1/6/2025 | App/Ord | Prepare and file App/Ord to cont confirmation because attorney Cody Kearns could not appear on 1-7-22. | 0.50 | $250.00 | $125.00 |
| 1/21/2025 | Prepare for Confirmation hearing | Prepared and reviewed all the documents filed by Cody Kearns to prepare for 2pm Confirmation Hearing before Judge Loyd | 3.00 | $250.00 | $750.00 |
| 1/22/2025 | Confirmation Hearing | Met with Debtor to discuss testimony prior to hearing and explain Order after hearing; conducted hearing before Judge Loyd | 3.00 | $250.00 | $750.00 |
|  |  |  |  | $250.00 | $0.00 |
| August 2024 to present | Emails | Emails to Debtor regarding case and status 50 mails |  | $250.00 | $0.00 |
| August 2024 to present | Phone calls | Phone Calls to Debtor regarding case and status 20 emails | 2.00 | $250.00 | $500.00 |
| 8/9/2024 | Retainer Paid | $410.00 cost/$1800.00 fee | TOTAL Retainer Balance Due |  | $9,378.16 -$1,800.00 $7,578.16 |

Make all checks payable to JEFFREY E. WEST

Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.

**Thank you for your business!**

## ATTORNEY-CLIENT AGREEMENT FOR BANKRUPTCY SERVICES
## AND LIMITED POWER OF ATTORNEY

I. **PARTIES**

This agreement is entered this _8_ day of _August_, 2024, between **Jeffrey E. West, (hereinafter "Attorney") with Bankruptcy Counseling Center of Oklahoma**, a federally designated debt relief agency which helps people file for bankruptcy (**hereinafter "Attorney"**), and ___Juan Valdez___ (hereinafter "**You**").

You hereby retain(s) Attorney to represent you in a Chapter _13_ bankruptcy proceeding. Attorney agrees to use our best efforts and abilities in representing you in any such proceeding.

_Previous ChP7 2017_

II. **ATTORNEYS FEES COSTS ASSOCIATED WITH FILING THE CASE:**

For basic services rendered as stated in Paragraph III below, You promise to pay Attorney an attorney's fee of _4000_ plus court costs of _410_. All Chapter 7 attorney fees must be paid prior to the filing of your case. If you are filing a Chapter 13, your fees may be scheduled to be paid through the Chapter 13 plan as follows:
**THE FILING FEE WLL BE COLLECTED FIRST FOLLOWED BY THE ATTORNEY FEE. THE TOTAL FEE/COSTS ARE TO BE PAID PRIOR TO FILING OF THE CASE.** $_410_.00 COST FIRST THEN ATTORNEY FEE OF $_2000_.00 TOTAL $_2410_.00.

In the event You elect to file a Chapter 13 case and that case is dismissed for any reason, the remaining fee balance, if any, shall be due and payable by You. Should You fail to pay the fee balance within ten (10) days of dismissal, Attorney may retain our own lawyers to collect the fee **You owe without further notice, in which event You shall additionally be responsible for our attorney's fees calculated at a minimum $500.00 of the fee balance, and for our court costs. The $500.00 fee is non-refundable based on the minimum hours worked to open and prepare your case for filing.** You agree that in the event your case is converted to a Chapter 7 case, You shall be responsible for an additional attorneys' fee for services we will provide to You that relate to Chapter 7. If You choose to convert your Chapter 13 case to a Chapter 7, YOU will be responsible for the attorney fee of $750 and court cost of $25. In the event of conversion, any fees due under this agreement may be collected from funds paid to the Chapter 13 Trustee but will not exceed the combined agreed fees for the two (2) agreements.

III. **MINIMAL BASIC SERVICES**

For the fee established in Section II above, Attorney agrees to provide to You basic legal services reasonably necessary to properly represent You before the Bankruptcy Court in connection with your case during the first 5 months after filing the case. Basic services include, but are not limited to, advice to You before and during the case concerning the nature and effect of bankruptcy, preparation and filing of statements and schedules, representation at your 341 Meeting of Creditors, preparation of any valid, supportable defense in the event of a motion to dismiss or motion for relief from stay in up to three matters during the first year of the case, preparation of motions to avoid liens in up to three matters during the 3 months of the case, and preparation of any request by you to add creditors to your Chapter 13 plan during the first 2 months after filing the case for an additional fee of $150 for up to 5 creditors, or to your Chapter 7 after filing of the case and prior to your discharge. Preparation and Negotiation with Creditors on Reaffirmation Agreements in Chapter 7 cases only. Other regular and routine services are included but may not be limited to submitting requests for payment histories from the Chapter 13 Trustee. This contract does not obligate Attorney to provide advice and/or representation which is not bankruptcy related and does not cover services related to enforcement of laws concerning fair credit reporting or fair debt collection. Any request by You for legal services not directly related to your bankruptcy case requires a separate agreement.

IV. **NON-BASIC SERVICES AND ADDITIONAL FEES**

Some cases require legal services which are not considered basic and will usually result in Attorney asking the Court to approve additional fees beyond the fee quoted in Section II. The following services are **not** covered by the standard base fee, and additional compensation for these services may be awarded by the Court:

1. **Motion to Modify Plan Post-Confirmation. $750.00 FEE PAID THROUGH THE CHAPTER 13 PLAN.**
2. **Motion for Authority to Sell Real Property for a fee of $188.00 plus mailing costs of $62.00 per motion. MUST BE PAID PRIOR TO FILING THE MOTION.**
3. **Application to Incur Debt to purchase a vehicle/home. $750.00 PER MOTION PAID THROUGH THE CHAPTER 13 PLAN.**

Page 1 of 4
Jeffrey E. West, Attorney At Law, Bankruptcy Legal Counseling Center of Oklahoma
We are a federally designated debt relief agency. We help people file bankruptcy.

## ATTORNEY-CLIENT AGREEMENT FOR BANKRUPTCY SERVICES AND LIMITED POWER OF ATTORNEY

4. Defense of Motion to Dismiss IN CHAPTER 7/13 CASES.
5. Filing of formal Motions or Responses pertaining to four or more matters arising during the first 3 MONTHS OF CHAPTER 7/13 CASES, including but not limited to the following:

1. Motion to Use Interrogatories, and Interrogatories
2. Motion for Turnover
3. Motion for Turnover
4. Uncontested Lien Avoidance
5. Motion to Avoid Judicial Lien
6. Motion to Substitute Collateral
7. Motion to Substitute Collateral
8. Defense of Motion for Relief from Stay and/or Co-Debtor Stay
9. Handling of an insurance inquiry received in Chapter 7 cases within 3 months prior to discharge. In
10. Chapter 13 cases throughout the time of the confirmed plan.
11. Motion for Hardship Discharge
12. Objection to Claims
13. Notice to Abandon Property
14. Preparation of Reaffirmation Agreements and Motions to Redeem, if needed
15. Any other service that, in the discretion of the Bankruptcy Court, reasonably warrants additional compensation.

**SERVICES NOT INCLUDED IN THIS CONTRACT:**
1. Prosecution or Defense of Adversary Proceedings.
2. Actions to enforce the automatic stay,
3. Representation in any discharge ability action
4. Actions to enforce the automatic stay,

If additional compensation is sought for the above services, Attorney will seek approval from the Court for the Presumptive Non-Base Fee amount contained in the statement of approved compensation published by the Clerk of the bankruptcy court and in effect as of the date the services are rendered. If the service is one for which no presumptive non-base fee has been established, Attorney will seek compensation in the amount of $250.00 per hour for attorney time and $125.00 per hour for paralegal/legal assistant time spent on the service.

## V. CLIENT RESPONSIBILITIES

All advice given to you at your case evaluation was based on information YOU provided at said appointment and was based on your financial situation at the time of said appointment. You agree not to change your financial situation by selling, transferring, or purchasing real or personal property, or by incurring additional debt, after your case evaluation without first discussing the effects of doing so with your attorney. You understand if your financial situation changes after your case evaluation, that advice provided by your attorney may no longer be valid.

**You agree to provide Attorney with information that is true and correct to the best of your knowledge and to the best of your ability to verify it and understand that providing false or incomplete information can result in severe penalties from the Bankruptcy Court, including denial of discharge, fines, and/or imprisonment.**

You understand that after you file bankruptcy, all your real and personal property becomes property of the bankruptcy estate, and you must obtain written permission from the Bankruptcy Court to sell or dispose of any said property.

**You understand that if you are filing Chapter 13, you are not allowed to incur debt during the term of your bankruptcy without obtaining written permission from the Bankruptcy Court.**

If you are filing Chapter 13, you understand that it is your responsibility to make sure that payments are submitted in a timely

Page 2 of 4
Jeffrey E. West, Attorney At Law, Bankruptcy Legal Counseling Center of Oklahoma
We are a federally designated debt relief agency. We help people file bankruptcy.

## ATTORNEY-CLIENT AGREEMENT FOR BANKRUPTCY SERVICES
## AND LIMITED POWER OF ATTORNEY

manner, whether the payment is made directly by you or by payroll deduction. It is your responsibility to make sure money deducted from your check is submitted to the court.

If you are filing Chapter 13, you understand that your initial payment is a <u>proposed</u> payment. You understand that if the Chapter 13 Trustee or the Court sees the need to increase your payment to pay your creditors the amounts allowed to them within a timely manner, the payment may be increased. You understand that if your payments are not timely made to the Trustee, your case may be dismissed by the Court, and you will lose the protection of bankruptcy. You understand that if your case is dismissed, refiling a subsequent case may not offer you the same protection from creditors that an initial filing provides.

You agree to provide Attorney with a current employer, mailing address, and phone number where you can be reached during the term of our representation. Attorney will not be responsible for any adverse action taken on your case resulting from your failure to respond to correspondence or phone calls, or because of your providing incomplete or inaccurate information.

You acknowledge that you understand that you must review your schedules and statement of financial affairs carefully before signing your petition to ensure that ALL assets, debts, income, and expenses are accurate and fully disclosed. You understand that ALL information requested by your petition must be disclosed. You understand that some creditors may stop sending billing statements after your filing bankruptcy, but if the debt is one that You are to pay directly to the creditor, the payment will still be due. You understand that in some bankruptcy cases, a lien will remain on property owned by you even if the debt owed is discharged.

### VI. **INDEMNIFICATION**

You agree that if Attorney has occasion to incur fines, penalties, or sanctions resulting from inaccurate, false, or incomplete information provided by you, that you will indemnify Attorney for any money it is required to pay.

### VII. **LIMITED POWER OF ATTORNEY**

In the event your Chapter 13 case is dismissed or converted to another Chapter, You grant Attorney a limited power of attorney to apply funds on hand with the Chapter 13 Trustee that would otherwise by forwarded to You or others towards the balance of your Chapter 13 fee by granting to Attorney the right to file a fee application. We shall give You an accounting of all funds so applied.

Your signature on this contract also grants us the limited Power of Attorney to obtain your tax information from anyone with whom you have consulted regarding tax returns or preparation or the Internal Revenue Service, including but not limited to, copies of your tax returns and/or transcripts.

### VIII. **TERMINATION OF LEGAL SERVICES**

You and Attorney agree that the services to be rendered by Attorney shall be considered terminated upon the dismissal of your bankruptcy case, or upon the completion and entry of discharge by the Bankruptcy Court in your bankruptcy case, except for instances where You request Attorney to enforce the permanent injunction as provided for in 11 USC Section 524. (A separate retainer will be required for these services.)

In the event this agreement requires payment of a retainer and court costs as a pre-condition of filing, and the check or other method of payment used by You is dishonored, You agree that Attorney may withdraw from representing You after notice to You.

Additional grounds for termination of representation and withdrawal include, but are not limited to ethical concerns, Your failure to provide documents and information necessary to draft the petition and schedules within a reasonable time, your failure to keep Attorney informed of your current employment, mailing address, and a phone number where you can be reached, and/or giving false or misleading statements to Attorney regarding income, expenses, liabilities or assets. In the event Attorney discovers that any of these circumstances exist, you agree that Attorney may withdraw upon written notice to you.

### IX. **RETENTION AND DISPOSITION OF FILES**

It is the general policy of Attorney to maintain files for bankruptcy cases for five (5) years starting from the date we close your file. We encourage you to maintain a separate personal file of all bankruptcy related matters. Our file is generally closed upon dismissal or discharge of the case by the Bankruptcy Court. The contents of our files are destroyed at the expiration of this five-year period, unless You request return of your file. Such requests must be in writing and must be submitted to Attorney prior to expiration of the five-year period. Since we will be sending You all documents filed with the Court related to your case, should you ask for a copy of your file after it is closed, we will charge You a reasonable retrieval and copying fee of $25.00 plus 10 cents per page.

### X. **SIGNATURE AUTHORIZATION AND COMMUNICATION**

Your signature on this contract shall be authorization for Attorney to file a bankruptcy petition for You via the Bankruptcy

## ATTORNEY-CLIENT AGREEMENT FOR BANKRUPTCY SERVICES
## AND LIMITED POWER OF ATTORNEY

Court's Electronic Case Filing System ("ECF"), and all other subsequent court filings through ECF.  You agree that we can provide copies of documents regarding your bankruptcy case to You by either US mail or electronic mail as you request below.  You agree and understand that the request to change the designation for preferred method of sending You documents must be submitted to us in writing.  You agree and understand that it is your responsibility to always provide us with a correct and current US mail or e-mail address for You during the bankruptcy case.

Please select:  _____  I/we want to receive all correspondence from my attorney via US Mail.
                  __X__  I/we want to receive all correspondence from my attorney via electronic mail.

NOTE: This designation for receipt of mail can only be changed by You submitting a notice in writing to us.

XI. **RECEIPT OF MANDATORY NOTICE AND DISCLOSURES**
    The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires us to provide mandatory notices/disclosures to You.  Your signature on this contract shall be acknowledgement by You that You have received, read and understand the three (3) separate documents entitled "Section 342(b) Notice", "Section 527(a) Disclosure", and "Section 527(b) Disclosure".

XII. **CIRCULAR 230 DISCLOSURE**
    To ensure compliance with requirements imposed by the IRS, unless specifically indicated otherwise, any tax advice provided to you by Attorney, whether written or verbal, in this communication or any other provided to you during the term of our representation, was not intended or written to be used, and cannot be used for the purpose of avoiding tax-related penalties or promoting, marketing or recommending to another party any tax related matter addressed herein or in any such communication.

XIII. **ENTIRE AGREEMENT**
    The entire contract between You and Attorney is contained in this instrument.  We both agree to all of the terms and conditions set forth herein and acknowledge that we have read and understand this agreement.

Preferred email address: __JuanValdez1969 Cash._____@ gmail_____.com

X _Juan Valey_____              X _Juan Valdez_____
Client Signature (Debtor)            Client Printed Name (Debtor)

_____       _____
Client Signature (Spouse/Co-Debtor)  Client Printed Name (Spouse/Co-Debtor)

by: _____Q_____         Dated: ____8-8-_____ 2024.
    Jeffrey E. West, Attorney