IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

Juan Pablo Valdez

Debtor.

Case No. 24-12446-JDL
Chapter 13

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Humberto Trejo Dominguez

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Confirming Chapter 13 Plan [Doc 47]

2. State the date on which the judgment—or the appealable order or decree—was entered:
   January 29, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Attorney |
|---|---|
| Juan Pablo Valdez, Debtor | **Jeffrey E. West**<br>Debkillerok.com, Inc<br>2525 NW Expressway Ste 531<br>Oklahoma City, OK 73112<br>405-616-4949 |
| John Hardeman, Chapter 13 Trustee | **David S. Burge**<br>Chapter 13 Office<br>321 Dean A McGee Ave<br>PO Box 1948<br>Oklahoma City, OK 73101-1948<br>(405) 236-4843 |

## Part 4: Optional election to have appeal heard by District Court (applicable only in   certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

| | |
|---|---|
| /s/ Cody D. Kerns<br>Cody D. Kerns, OBA #34697<br>Teague & Wetsel, PLLC<br>1741 West 33rd Street, Suite 120<br>Edmond, Oklahoma 73013<br>Telephone: (405) 285-9200<br>Telecopier: (405) 509-2362 (direct)<br>e-mail: ckerns@teaguewetsel.com<br>Attorneys for Creditor,<br>Humberto Trejo Dominguez | Date February 05, 2025 |

## **CERTIFICATE OF SERVICE**

I certify that on February 05, 2025, I electronically transmitted this document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants, including all parties listed on the attached mailing matrix prepared by the debtor:

**See attached mailing matrix**

John T. Hardeman
13trustee@chp13okc.com, trustee@chp13okc.com

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

Jeffrey E. West on behalf of Debtor Juan Pablo Valdez
jeff@westbklaw.com; lawwestj@gmail.com; enid@westbklaw.com; west.jeffreyr@notify.bestcase.com; docs@westbklaw.com

Capital One Auto Finance, a division of Capital One, N.A.
ECFNotices@aisinfo.com

Oklahoma Tax Commission, Legal Division
bankruptcysecretary@tax.ok.gov

Oklahoma Employment Security Commission
bankruptcy@oesc.state.ok.us

Aspire Credit Card
Atlanticus@ebn.phinsolutions.com

AIS.cocard.ebn@aisinfo.com
Capital One

Citibank/The Home Depo
Citi.BNC.Correspondence@citi.com

BNC-ALLIANCE@QUANTUM3GROUP.COM
Comenity Capital/Acadmy

Destiny Card
GenesisFS@ebn.phinsolutions.com

Fnb Omaha
collecadminbankruptcy@fnni.com

3

First Fidelity Bank
BANKRUPTCY@FIRST-FIDELITY.COM

First Premier Bank
ais.fpc.ebn@aisinfo.com

Freedom Mortgage Corporation
Bankruptcy@Freedommortgage.com

FreedomPlus
bk@freedomfinancialnetwork.com

Genesis FS Card Services
GenesisFS@ebn.phinsolutions.com

IRS, Attn: Legal Division
sbse.cio.bnc.mail@irs.gov

Jefferson Capital Systems, LLC
JCAP_BNC_Notices@jcap.com

PenFed CU
bkrgeneric@penfed.org

Synchrony Bank/Care Credit
ais.sync.ebn@aisinfo.com

Synchrony Bank/HHGregg
ais.sync.ebn@aisinfo.com

Synchrony Bank/JCPenney
ais.sync.ebn@aisinfo.com

/s/ Cody D. Kerns

      I certify that on February 05, 2025, I also served this document by first-class mail the following, who are not registered participants of the ECF system:

Attn: Capital One Auto Finance, a division of Capital One, N.A. Department
AIS Portfolio Services, LLC
Acct. XXXXXXXXX0082
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73138

Juan Pablo Valdez
9808 S. Hillcrest Drive,
Oklahoma City, OK 73159-7418

PNC Financial Services
Attn. Bankruptcy
300 Fifth Avenue The Tower at PNC Plaza
Pittsburgh, PA 15222

                                                /s/ Cody D. Kerns