**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | |
| **Juan Pablo Valdez** | Case No. 24-12446-JDL |
| | Chapter 13 |
| **Debtor.** | |

**CREDITOR HUMBERTO TREJO'S RESPONSE AND OBJECTION TO APPLICATION FOR ATTORNEY FEES AND EXPENSES AND NOTICE OF OPPORTUNITY FOR HEARING AND NOTICE OF HEARING**

\* \* \* \* \* \* \* \* \* \* \*

**INTRODUCTION**

Your Creditor Humberto Trejo Dominguez ("Trejo") objects to providing the debtor's attorney of record reimbursement of fees and expenses in excess of the presumptive "no look fee". The burden is the debtor's attorney to show his services are reasonable. Your Debtor Juan Pablo Valdez ("Valdez") must show his attorney's requested fee is reasonable. Valdez's counsel has attached time entries without explaining how the services are reasonable. Without further explanation, Valdez has failed to provide this Court with sufficient information necessary to perform the detail inquiry necessary to award fees higher than the presumptive "no look fee". Trejo requests this Court award Valdez's attorney the presumptive "no look fee" for typical Chapter 13 cases in the Western District of Oklahoma, which is $4,000, inclusive of retainer. In support Trejo shows the following:

**ARGUMENT AND AUTHORITY**

Valdez's attorney of record has not shown sufficient proof demonstrating his requested fees are entirely reasonable. Valdez's attorney, the fee applicant here, bears the burden to show his services benefitted the bankruptcy estate. **See In re Commercial Fin. Servs.,** 427 F.3d 804, 810

1

(10th Cir. 2005). A bankruptcy court must consider the factors in 11 U.S.C. §330 and the twelve factors in **Johnson v. Georgia Highway Express, Inc.,** 488 F.2d 714 (5th Cir. 1974). **See In re Market Center East Retail Property,** 730 F.3d 1239, 1250 (10th Cir. 2013). Bankruptcy courts have wide discretion to determine the weight to give these factors. **In re Market Center East Retail Property,** 730 F.3d 1239, 1250 (10th Cir. 2013). Here, the factors related to the benefits to the bankruptcy estate and duplicative entries within the time entries attached to the application **[Doc 45]** are notable.

First, the debtor's attorney is asking for $9,378.16 in fees, approximately eighty (80) percent of which he proposes to receive from the bankruptcy estate without any explanation as to how the services benefited the bankruptcy estate. It is only fair that when attorney fees are nearly entirely paid by the bankruptcy estate, the bankruptcy estate should receive some ascertainable benefit from the services provided. Second, there are duplicative time entries for preparing and filing an Amended Plan. **[Doc 45, page 4].** Other time entries appear excessive, including spending hours reviewing emails which were less than a paragraph long. Considering these factors, the time entries and accompanying argument only support an award consistent with the presumptive "no look fee".

## CONCLUSION

According to this Court's February 1, 2025, Chapter 13 guidelines on page three, an amount of $4,000.00 is reasonable as a "no look fee", inclusive of any retainer. Therefore, Trejo requests this Court reduce Valdez's attorney fee award to the amount consistent with the presumptive "no look fee" applicable to typical Chapter 13 cases in the Western District of Oklahoma.

/s/ Cody D. Kerns
Cody D. Kerns, OBA #34697
Teague & Wetsel, PLLC
1741 West 33rd Street, Suite 120
Edmond, Oklahoma 73013
Telephone: (405) 285-9200
Telecopier: (405) 509-2362 (direct)
e-mail: ckerns@teaguewetsel.com
*Attorneys for Creditor,*
*Humberto Trejo Dominguez*

## CERTIFICATE OF SERVICE

I certify that on February 13, 202 I electronically transmitted this document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants, including all parties listed on the attached mailing matrix prepared by the debtor:

**See attached mailing matrix**

John T. Hardeman
13trustee@chp13okc.com, trustee@chp13okc.com

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

Jeffrey E. West on behalf of Debtor Juan Pablo Valdez
jeff@westbklaw.com; lawwestj@gmail.com; enid@westbklaw.com;
west.jeffreyr@notify.bestcase.com; docs@westbklaw.com

Capital One Auto Finance, a division of Capital One, N.A.
ECFNotices@aisinfo.com

Oklahoma Tax Commission, Legal Division
bankruptcysecretary@tax.ok.gov

Oklahoma Employment Security Commission
bankruptcy@oesc.state.ok.us

Aspire Credit Card
Atlanticus@ebn.phinsolutions.com

AIS.cocard.ebn@aisinfo.com
Capital One

Citibank/The Home Depo
Citi.BNC.Correspondence@citi.com

BNC-ALLIANCE@QUANTUM3GROUP.COM
Comenity Capital/Acadmy

Destiny Card
GenesisFS@ebn.phinsolutions.com

Fnb Omaha
collecadminbankruptcy@fnni.com
First Fidelity Bank
BANKRUPTCY@FIRST-FIDELITY.COM

First Premier Bank
ais.fpc.ebn@aisinfo.com

Freedom Mortgage Corporation
Bankruptcy@Freedommortgage.com

FreedomPlus
bk@freedomfinancialnetwork.com

Genesis FS Card Services
GenesisFS@ebn.phinsolutions.com

IRS, Attn: Legal Division
sbse.cio.bnc.mail@irs.gov

Jefferson Capital Systems, LLC
JCAP_BNC_Notices@jcap.com

PenFed CU
bkrgeneric@penfed.org

Synchrony Bank/Care Credit
ais.sync.ebn@aisinfo.com

Synchrony Bank/HHGregg
ais.sync.ebn@aisinfo.com

Synchrony Bank/JCPenney
ais.sync.ebn@aisinfo.com

/s/ Cody D. Kerns

I certify that on February 13, 2025, I also served this document by first-class mail the following, who are not registered participants of the ECF system:

Attn: Capital One Auto Finance, a division of Capital One, N.A. Department
AIS Portfolio Services, LLC
Acct. XXXXXXXXX0082
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73138

Juan Pablo Valdez
9808 S. Hillcrest Drive,
Oklahoma City, OK 73159-7418

Crb/momnt
4 Concourse Parkway
Sandy Springs, Georgia 30328

Crconnauto
2725 S. Midwest Blvd.
Midwest City, OK 73110

Kruger Investment Company
105 N. Hudson Ste 200A
Oklahoma City OK 73102-4813

PNC Financial Services
Attn. Bankruptcy
300 Fifth Avenue The Tower at PNC Plaza
Pittsburgh, PA 15222

/s/ Cody D. Kerns

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 24-12446<br>Western District of Oklahoma<br>Oklahoma City<br>Mon Dec 30 15:48:56 CST 2024 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 |
| Achieve Personal Loans<br>P.O.Box 2340<br>Phoenix, AZ 85002-2340 | Aspire Credit Card<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta GA 30348-5555 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis MO 63179-0040 |
| Comenity Capital/Acadmy<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Crb/momnt<br>4 Concourse Parkway<br>Sandy Springs GA 30328-5397 | Crconnauto<br>2725 S Midwest Blvd<br>Midwest City OK 73110-5830 |
| Destiny Card<br>PO Box 23030<br>Columbus GA 31902-3030 | First Electronic Bank<br>2150 S 1300 E #400<br>Salt Lake City UT 84106-4336 | First Fidelity Bank<br>Attn: Bankruptcy<br>Po Box 32282<br>Oklahoma City OK 73123-0482 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | First Premier Bank<br>Attn: Bankruptcy<br>601 S Minneapolis Ave<br>Sioux Falls SD 57104 | Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel NJ 08054-1210 |
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>11988 EXIT 5 PKWY BLDG 4<br>Fishers, IN 46037-7939 | FreedomPlus<br>Attn: Bankruptcy<br>1875 South Grant St, Ste 400<br>San Mateo CA 94402-2676 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton OR 97076-4401 |
| Huberto Trejo c/o Cody Kerns<br>1741 W 33rd St #120<br>Edmond OK 73013-3838 | Humberto Trejo Dominguez<br>515 SW Grand Blvd<br>Oklahoma City OK 73109-6613 | IRS<br>Attn: Legal Division<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell MN 56377-4500 | Kruger Investment Company<br>105 N Hudson Ste 200A<br>Oklahoma City OK 73102-4813 |
| Minto Money<br>PO BOX 58112<br>Minto AK 99758-0112 | Momnt Loan<br>4 Concourse Pkwy #150<br>Atlanta GA 30328-6197 | PNC Financial Services<br>Attn: Bankruptcy<br>300 Fifth Avenue The Tower At Pnc Plaza<br>Pittsburgh PA 15222 |

| | | |
|---|---|---|
| PenFed CU<br>2930 Eisenhower Ave<br>Alexandria VA 22314-4557 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/HHGregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Teague & Wetsel, PLLC<br>1741 W 33rd St #120<br>Edmond OK 73013-3838 |
| United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | (p)VIVE FINANCIAL  LLC<br>ATTN BANKRUPTCY<br>P O BOX 708670<br>SANDY UT 84070-8639 | Humberto Trejo Dominguez<br>Teague & Wetsel<br>1741 W. 33rd St.<br>120<br>Edmond, OK 73013-3838 |
| (p)BANKRUPTCY LEGAL COUNSELING CENTER OF OKLA<br>2525 NW EXPRESSWAY STE 531<br>OKLAHOMA CITY OK 73112-7642 | John T. Hardeman<br>John Hardeman, Chapter 13 Trustee<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | Juan Pablo Valdez<br>9808 S Hillcrest Drive<br>Oklahoma City, OK 73159-7418 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3113<br>Omaha, Nebraska 68197 | (d)Fnb Omaha<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha NE 68103 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Vive Financial<br>P.O. Box 708670<br>Sandy, UT 84070 | Jeffrey E. West<br>Debkillerok.com, Inc<br>2525 NW Expressway Ste 531<br>Oklahoma City, OK 73112 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FREEDOM MORTGAGE CORPORATION | (d)Destiny Card<br>PO Box 23030<br>Columbus GA 31902-3030 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                   46 |