# U.S. BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA
# TRANSCRIPT-MULTIMEDIA REQUEST ORDER FORM

| | |
|---|---|
| 1. ORDER REQUEST<br><br>　　　TRANSCRIPT*　　　　　MULTIMEDIA | 2. DATE OF ORDER |
| 3. NAME OF PERSON ORDERING | 4. EMAIL ADDRESS |
| 5. MAILING ADDRESS | 6. PHONE NUMBER |
| 7. CITY AND STATE | 8. ZIP CODE |
| 9. CASE NUMBER OF HEARING | 10. CASE STYLE OF HEARING |
| 11. JUDGE PRESIDING AT HEARING | 12. DATE(S) OF HEARING<br><br>From _____ to _____ |

13. ORDER IS FOR:　　　APPEAL　　　　BANKRUPTCY　　　　ADVERSARY
　　　　　　　　　　　OTHER _____

14. PORTIONS REQUESTED (Indicate the portion of the hearing requested)
　　　Voir Dire　　　　　　　　　　　Court Ruling Only
　　　Opening Statement (Plaintiff)　　Testimony of (Specify Name)
　　　Opening Statement (Defendant)　　_____
　　　Closing Statement (Plaintiff)　　_____
　　　Closing Statement (Defendant)　　_____
　　　Entire Proceeding　　　　　　　Other: _____

15. TRANSCRIPTS ONLY: Select the transcript rate from the drop down box below, indicating the amount of time requested to prepare the transcript.*

    For transcription rates go to:

    https://www.uscourts.gov/services-forms/federal-court-reporting-program#rates

16. NUMBER OF COPIES REQUESTED: Transcript request includes 1 copy for the Court.
    _____ Transcript*　　　　_____ Multimedia

By signing below, I certify that I will pay all charges for the preparation of the transcript, including the deposit and additional charges as specified by the assigned court reporter/transcriptionist:

_____　　　_____
Signature of Person Ordering　　　　　　　　　　　　　　　　Date

*For expedited, 7-day, 3-day, Next-day and Realtime transcript requests, you must contact the Court Clerk's office one week in advance of the hearing.*

*Rev 03/14/24*