**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE JUAN PABLO VALDEZ<br><br>Debtor. | BAP No.    WO-25-7 |
| Humberto Trejo Dominguez<br><br>Non-Adversary Appellant,<br><br>    v.<br><br>John Hardeman, Chapter 13 Trustee<br><br>        Non-Adversary Appellee<br><br>Juan Pablo Valdez<br><br>        Non-Adversary Appellee. | Bankr. No.   24-12446 JDL<br>Adv. No.    24-01081<br>Chapter     13 |

**APPELLANT HUMBERTO TREJO'S DESIGNATION OF**
**THE RECORD ON APPEAL**

Appellant Humberto Trejo Dominguez pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following documents from the docket sheet, transcription of the contested confirmation hearing on January 23, 2025[1], and the exhibits admitted at the contested confirmation hearing among the items to be included in the record on appeal.

---

[1] Appellant Humberto Trejo Dominguez has sent a written order to the reporter to obtain all parts of the proceedings not already on file pursuant to Bankruptcy Procedure 8009(b).

1. **Documents from docket report to be included in record**

|   | **Filing Date** | **Doc #** | **Brief Description** |
|---|---|---|---|
| 1 | 08/30/2024 | 1 | Chapter 13 Voluntary Petition |
| 2 | 08/30/2024 | 3 | Employee Income Records |
| 3 | 08/30/2024 | 5 | Chapter 13 Plan |
| 4 | 10/07/2024 | 16 | Amended Objection to Confirmation of Plan *with Supporting Brief* |
| 5 | 10/09/2024 | 17 | Amended Pay Advices Filed |
| 6 | 10/09/2024 | 18 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment |
| 7 | 10/10/2024 | 19 | Trustee's Objection and/or Request for Hearing on Confirmation of Plan Confirmation |
| 8 | 10/17/2024 | 23 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation |
| 9 | 10/21/2024 | 25 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period |
| 10 | 10/31/2024 | 29 | Response to (related document(s):16Amended Objection to Confirmation of Plan *with Supporting Brief* |
| 11 | 11/06/2024 | 30 | Notice of Witnesses/Exhibit List [Appellant Trejo] |
| 12 | 11/13/2024 | 31 | Amended Chapter 13 Plan Filed by Debtor Juan Pablo Valdez |
| 13 | 01/06/2025 | 38 | Application to Continue/Reschedule Confirmation Hearing |
| 14 | 01/06/2025 | 39 | Ex Parte Order Granting Application To Continue Confirmation Hearing |
| 15 | 01/06/2025 | 41 | Notice of Witnesses/Exhibit List [Trejo] |
| 16 | 01/29/2025 | 47 | **Order Confirming Plan** (RE: related document(s)31  Amended / Modified Plan |

2. **Transcript from Contested Confirmation Hearing held January 22, 2025.**

3. The following exhibits from the Contested Confirmation Hearing

   Exhibit A1-A19

   Exhibit B1-B3

/s/ Cody D. Kerns
Cody D. Kerns
Teague & Wetsel, PLLC
110741 West 33rd Street, Suite 120
Edm11ond, Oklahoma 73013
Telephone: 405/ 285-9200
Telecopier: 405/ 509-2362 (direct)
e-mail: ckerns@teaguewetsel.com
Attorneys for Creditor/Appellant
Humberto Trejo Dominguez

## CERTIFICATE OF SERVICE

I certify that on February 19, 2025 I electronically transmitted this document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

John T. Hardeman
13trustee@chp13okc.com, trustee@chp13okc.com

United States Trustee
Ustpregion20.oc.ecf@usdoj.gov

Jeffrey E. West on behalf of Debtor Juan Pablo Valdez
jeff@westbklaw.com; lawwestj@gmail.com; enid@westbklaw.com; west.jeffreyr@notify.bestcase.com; docs@westbklaw.com

/s/ Cody D. Kerns