**Dated: March 21, 2025**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: )
    JUAN PABLO VALDEZ ) Case No. 24-12446-JDL
        Debtor(s) ) Chapter 13

### AGREED ORDER ON APPLICATION FOR ATTORNEY FEES AND COSTS

NOW comes before me counsel's application for attorney fees and Costs. Counsel represents that the Application was filed on January 23, 2025, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was February 13, 2025. Creditor, Huberto Dominguez, filed a response to the Application on February 13, 2025. A hearing was held on March 11, 2025, and the parties reached a settlement. Therefore, the Application should be granted to allow total attorney fees of $5,000.00 and expenses of $40.66 to paid through the plan.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the requested attorney fees as set forth above are hereby awarded to the law firm of Jeffrey E. West, Bankruptcy Legal Counseling Center of Oklahoma as counsel for the debtor. Debtor's Counsel will effectuate service of the order on all interested parties.

**Findings of fact contained herein are based upon representation of counsel.**

###

**APPROVED FOR ENTRY:**

s/ Jeffrey E. West
JEFFREY E. WEST, OBA#18871
Attorney for the Debtor(s)
2525 NW Expressway, Ste 531
Oklahoma City, OK  73112
(405) 616-4949
(405) 225-2700 (fax)
jeff@westbklaw.com


 /s/ David S. Burge
David S. Burge, OBA #31505
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK 73101-1948
13trustee@chp13okc.com
 (405) 236-4843
 (405) 236-1004 (fax)
Attorney for Chapter 13 Trustee

/s/ Cody D. Kerns
Cody D. Kerns, OBA #34697
Teague & Wetsel, PLLC
1741 West 33rd Street, Suite 120
Edmond, Oklahoma 73013
ckerns@teaguewetsel.com
(405) 285-9200
Telecopier: (405) 509-2362
Attorneys for Creditor, Humberto Trejo Dominguez

2